P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA ☐ RS ☒ SA ☐ UNDER SEAL<br>CASE NUMBER: CA 02-1 AHS<br>☐ COMPLAINT ☐ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT ☐ INFORMATION<br>☐ SUMMONS ☐ EXTRADITION<br>☒ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: 10-24-05<br>VIOLATION: 18: 3583(e)(3) |
| v. | |
| DEFENDANT.<br>Jonathan Emeka Nyenke | DATE: 12-9-05  TIME: 2:00pm<br>TAPE NUMBER: CR 104 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE McMahon | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Anacel Flores   Keri Axel   N/A
         Deputy Clerk    Assistant U.S. Attorney    Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☐ Attorney: ~~~~~~~~~~~~~~~ ~~Retd~~ ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☒ Panel ☐ Poss. Contribution
  Ordered (see separate order) ~~Special appearance by:~~ Arlene Ricken
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered ☒ Permanently Detained   ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED ☐ DENIED
☒ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☒ **PO/PSA WARRANT**   ☒ Counsel are directed to contact the clerk for District Judge Stotler for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom ENTER ON ICMS
☒ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☐ Other: _____

DEC 13 2005

       ☐ PSA        ☐ FINANCIAL       ☐ READY
cc: AUSA, Defendant's counsel                                    Deputy Clerk Initials: CA
    ☐ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
    **ORIGINAL -WHITE COPY**   **PINK- PIA CLERK**   **YELLOW - STATS**   **GREEN - CRD**

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1
                                                                         *U S GPO 2004-778-324/13004

78