Name and address

Darlene Ricker # 151653
PO Box 2285
Malibu, CA 90265

(310) 457-8600

**FILED**
CLERK, U.S. DISTRICT COURT
JAN - 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. JONATHAN NYENKE, Defendant(s). | CASE NUMBER SA-CR-02-00001-AHS  ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

__JONATHAN NYENKE__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __G. DAVID HAIGH__ who is

☐ Retained Counsel   ☑ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__714 N. Spurgeon Street__
*Street Address*

__Santa Ana, CA 92701__          __DavidHaigh@charter.net__
*City, State, Zip*                *E-Mail Address*

__714-834-1970__        __714-836-9078__        __50686__
*Telephone Number*       *Fax Number*         *State Bar Number*

as attorney of record in place and stead of __DARLENE RICKER__
*Present Attorney*

is hereby  ☑ GRANTED   ☐ DENIED

ENTERED ON ICMS
JAN - 5 2006

Dated __JAN - 4 2006__     _____
*Chief* U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.



G-01 ORDER (06/05)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

      I am employed in the county of Los Angeles, State of California and am a member of the bar of this Court. I am over the age of eighteen and not a party to the within action. My business address is 25019 Pacific Coast Hwy., Malibu, California 90265.

      On December 28, 2005, I served the foregoing document described as "ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY," by depositing a true and correct copy of same in the U.S. Mail with sufficient first-class postage affixed, and addressed to:

Office of U.S. Attorney			G. David Haigh
1200 U.S. Courthouse			Attorney at Law
312 N. Spring St.			714 N. Spurgeon St.
Los Angeles, CA 90012			Santa Ana, CA 92701

      Executed on December 28, 2005, at Malibu, CA. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

_____
DARLENE M. RICKER