UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: <u>SA CR02-1-AHS</u>                                    Date: <u>October 6, 2006</u>

==============================================================================
PRESENT: <u>HONORABLE ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE</u>

| <u>Ellen Matheson</u> | <u>Sharon Seffens</u> | <u>Ivy Wang</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

| <u>Amy Young</u> | | <u>None</u> |
|---|---|---|
| U.S. Probation Officer | | Interpreter |

==============================================================================

U.S.A. vs (Dft listed below)          Attorneys for Defendant

2) <u>JONATHAN EMEKA NYENKE</u>           2) <u>G. David Haigh</u>
<u>NOT</u> pres  <u>X</u>  citation __ bond      <u>X</u> pres   <u>X</u> apptd  __rtnd

PROCEEDINGS:    PRELIMINARY REVOCATION OF SUPERVISED RELEASE

   Cause called.  Defendant not present as of 10:06 a.m., matter having been scheduled for 10:00 a.m.  On September 19, 2006, the Court issued a citation ordering defendant to appear on this date and time before the Court to answer to the allegations charged in the Petition on Probation and Supervised Released (Citation) filed September 19, 2006.

   Counsel and U.S. Probation Officer address the Court.  Government's request for a warrant is granted; defendant is ordered detained.

cc: USMO-SA
    USPO-SA
    PSA

DOCKETED ON CM
OCT 11 2006
BY _____ 082

Initials of Deputy Clerk: _____

WARRANT FOR ARREST ISSUED BY THE CLERK 10/6/06.

CR-11 (04/05)              CRIMINAL MINUTES-GENERAL              Page 1 of 1